No. 73–142. COLE v. TENNESSEE. Ct. Crim. App. Tenn. Motion to dispense with printing petition granted. Certiorari denied.

No. 73–199. ANDRUS ET AL. v. CONVOY CO. ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE STEWART would grant certiorari.

No. 73–236. NEW JERSEY CITIZENS FOR CLEAN AIR, INC., ET AL. v. NEW JERSEY SPORTS & EXPOSITION AUTHORITY. Sup. Ct. N. J. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE BRENNAN took no part in the consideration or decision of this petition.

No. 73–5206. GELB v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 27, Orig. OHIO v. KENTUCKY, 410 U. S. 641. Motion for leave to file petition for rehearing as to denial of State of Ohio for leave to amend its original complaint denied.

No. 71–1270. McKEE v. UNITED STATES, 407 U. S. 910. Motion for leave to file fourth petition for rehearing denied. [For earlier orders herein, see e. g., 412 U. S. 914.]